

YAAKOV SAKS▲*
JUDAH STEIN▲
RAPHAEL DEUTSCH ^
RACHEL DRAKE ▪
DAVID FORCE ▲

▲ NJ & NY Bar Admissions
^ CT & NJ Bar Admissions
▪ NJ Bar Admission
*Federal Court Bar Admissions
CO, TX, WI, MO, NE, NM, IL, ND, MI, CT, AR, TN
285 Passaic Street, Hackensack, NJ 07601│ tel: 201.282.6500
fax: 201.282.6501 │ www.steinsakslegal.com

August 5, 2020

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      RE:    Mcdonald v. Experian Information Solutions, Inc. et al.
            Case No. 2:20-cv-2664-BMC

Dear Judge Cogan:

    Per Your Honor's order of July 29, 2020, Plaintiff hereby notifies the Court that the Plaintiff has consented to arbitrate its claims with Defendant Ally and informed counsel of this. With regard to Defendant Experian, the parties are still in communication discussing the claims.

    We thank Your Honor and the Court for its kind considerations and courtesies.

Sincerely,

/s/ Mark Rozenberg